UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROSIE ESPARZA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. EDCV 22-00041 PVC<br><br><u>ORDER AWARDING EAJA FEES</u> |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND SEVENTY-FIVE DOLLARS AND 00/100 ($3,075.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: December 9, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ Pedro V. Castillo
　　　　　　　　　　　　　　　　　　　　　　HON. PEDRO V. CASTILLO
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE